No. 83–6061. GARCIA ET AL. *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 466 U. S. 926.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 82–1832. TOWN OF HALLIE ET AL. *v.* CITY OF EAU CLAIRE. C. A. 7th Cir. Certiorari granted.

No. 82–1922. SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC., ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted.

No. 83–1708. DEAN WITTER REYNOLDS INC. *v.* BYRD. C. A. 9th Cir. Certiorari granted.

No. 83–1249. SIMS ET AL. *v.* CENTRAL INTELLIGENCE AGENCY ET AL. C. A. D. C. Cir. Certiorari granted, case consolidated with No. 83–1075, *CIA* v. *Sims* [certiorari granted, 465 U. S. 1078], and a total of one hour allotted for oral argument.

No. 82–1827. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–154. TITLE INSURANCE RATING BUREAU OF ARIZONA, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1351. ALONSO *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1430. J. BARANELLO & SONS *v.* CITY OF PATERSON ET AL.;
No. 83–1683. CONSOLIDATED PRECAST, INC. *v.* CITY OF PATERSON ET AL.; and
No. 83–1725. INDEPENDENT ELECTRICAL CO., INC. *v.* CITY OF PATERSON ET AL. Super. Ct. N. J., App. Div. Certiorari denied.